Sherwood J. Reese
Sherwood.reese@comcast.net
Drew L. Johnson, P.C.
sherwoodreese@comcast.net
1700 Valley River Drive
Eugene, OR  97401
(541) 434-6466

Attorneys for Plaintiff

UNITED STATES COURT DISTRICT COURT

DISTRICT OF OREGON

**RONDA J. HECK,**

        Plaintiff,

  vs.

Commissioner of Social Security
Administration,

        Defendant.
_____

Civil No. 6:18-cv-709-SI

**ORDER APPROVING ATTORNEY FEES PURSUANT TO 42 U.S.C. §406(b)**

After considering Plaintiff's Motion, and counsel for Defendant having no objection, Plaintiff's Motion is hereby granted in the sum of $24,710.90 in attorney fees, less fees already received by counsel in the amount of $9,122.03, for a net §406(b) cost to Plaintiff herein of $15,588.87 as full settlement of all attorney fees pursuant to 42 U.S.C. §406(b). Any past-due benefits withheld by the Defendant in anticipation of an order under 42 U.S.C.

ORDER APPROVING ATTORNEYS FEES PURSUANT TO 42 U.S.C §406 (b) -      1

§406(b), shall be payable to Plaintiff's counsel, Drew L. Johnson, PC, less an administrative assessment pursuant to 42 U.S.C. §406(d), and mailed to their office at 1700 Valley River Drive, Eugene, OR 97401, consistent with this order. There are no other costs.

IT IS SO ORDERED this day of December  16th , 2020

                                       /s/ Michael H. Simon  
                                       U.S. District Judge/Magistrate Judge

PRESENTED BY:

By:    /s/ SHERWOOD J. REESE  
        Sherwood J. Reese, OSB #144130  
        Of Attorneys for Plaintiff